UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6737

JEFFREY DENNARD MCNEAIR,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY; BUREAU OF PRISONS;
HARLEY LAPPIN; P. GUANJA, Regional Director;
ALBERTO R. GONZALES,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
District Judge.  (5:06-hc-00011-D)

Submitted: September 28, 2006          Decided: October 10, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Dennard McNeair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Dennard McNeair, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), raising claims under United States v. Booker, 543 U.S. 220 (2005). We have reviewed the record and the district court's opinion and conclude that McNeair cannot proceed under § 2241 because he does not meet the standard set forth in In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000). Accordingly, we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED